**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**

**CASE NO:** 1:20-cv-21626-XXXX

World Media Alliance Label, Inc., a
Florida corporation, General Music Company Label, Inc.
d/b/a GMC Label, a Florida corporation,

        Plaintiffs,

   vs.

OOO "Izdatelstvo Jam", Jam Group, Mediatecha Jam
a/k/a Madiateka Jam, Andrey Cherkasov, an individual,
YouTube, Inc., a Delaware corporation, YouTube, LLC, a
Delaware limited liability company,

        Defendants.
_____/

## NOTICE OF FILING ALIAS SUMMONSES

Plaintiffs, World Media Alliance Label, Inc., a Florida corporation ("WMA"), General Music Company Label, Inc. d/b/a GMC Label, a Florida corporation ("GMC"), through their undersigned counsel, hereby files the enclosed Alias Summons to YouTube, Inc., and Alias Summons to YouTube, LLC.

Dated: 06/08/2020

        THE LAW OFFICES OF MILA LOPATA, P.A.
        *Attorneys for Plaintiffs*
        400 Sunny Isles Blvd, CU-1
        Sunny Isles Beach, Florida, 33160
        Telephone:    (786) 999-6494
        mila@milalaw.com

        By:  */s/Lyudmila Lopata*
            LYUDMILA LOPATA, ESQ.
            Florida Bar No: 056231